| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  SLG Innovation, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  27-3060396

**4. Debtor's address**

Principal place of business

30 S. Wacker Drive
Suite 2200
Chicago, IL 60606
Number, Street, City, State & ZIP Code

Cook
County

Mailing address, if different from principal place of business

165 North Canal Street
Suite 1523
Chicago, IL 60606
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
   
   ____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
       - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | | | |
   | | | |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship to you | |
    |---|---|---|---|
    | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2015**
              MM / DD / YYYY

X **/s/ Ed Burns**                                                **Ed Burns**
Signature of authorized representative of debtor                  Printed name

Title   **President and CEO**

**18. Signature of attorney**

X **/s/ Edmund G. Urban III**                          Date **December 15, 2015**
Signature of attorney for debtor                                   MM / DD / YYYY

**Edmund G. Urban III**
Printed name

**Urban & Burt, Ltd.**
Firm name

**5320 W 159th Street**
**Suite 501**
**Oak Forest, IL 60452**
Number, Street, City, State & ZIP Code

Contact phone  **708-687-5200**     Email address  **bk@urbanburt.com**

**6182264**
Bar number and State

Case 15-42182    Doc 1    Filed 12/15/15    Entered 12/15/15 13:27:26    Desc Main
              Document       Page 5 of 13

Fill in this information to identify the case:

Debtor name: **SLG Innovation, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AKT, LLC<br>Hebron Office Plaza<br>751 Hebron Pkwy, Suite #325<br>Lewisville, TX 75057 | | Accounts payable | | | | $4,246.50 |
| Alchemy Software Solutions LLC<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | | Accounts payable | | | | $6,780.00 |
| American Express<br>P.O. Box 297812<br>Fort Lauderdale, FL 33329-7812 | | Credit card purchases | | | | $29,603.00 |
| Amtex Systems, Inc.<br>50 Broad Street, Suite 801<br>New York, NY 10004 | | Accounts payable | | | | $33,816.75 |
| Capitol Solutions<br>2413 Heather Mill Court<br>Springfield, IL 62704 | | Accounts payable | | | | $21,456.25 |
| Clearwater Basin, LLC<br>304 Melrose<br>Mill Valley, CA 94941 | | Loan subordinate to Urban Partnership Bank | | $24,703.00 | $569,691.54 | $24,703.00 |
| Global Systems LLC<br>12305 Autumn Tree Lane<br>Clarksville, MD 21029 | | Accounts payable | | | | $26,163.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | SLG Innovation, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Infoway Solutions, LLC** <br> **7567 Amador Valley Blvd.** <br> **Suite 310** <br> **Dublin, CA 94568** | | **Accounts payable** | | | | $10,664.00 |
| **Internal Revenue Service** <br> **Centralized Insolvency** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | **Payroll taxes dated November 2015** | | | | $93,000.00 |
| **iT-Resource Solutions.net, Inc.** <br> **80 Orville Road** <br> **Suite 100** <br> **Bohemia, NY 11716** | | **Loan subordinate to Urban Partnership Bank** | | $635,989.00 | $569,691.54 | $635,989.00 |
| **Jeff Cobb** <br> **5311 Tildens Grove Blvd.** <br> **Windermere, FL 34786** | | **Loan subordinate to Urban Partnership Bank** | | $100,000.00 | $569,691.54 | $100,000.00 |
| **KeyConnect Consulting** <br> **2703 Whiteside Pl.** <br> **Springfield, IL 62711** | | **Accounts payable** | | | | $11,023.18 |
| **MMC Systems, Inc.** <br> **30 Montgomery St.** <br> **Suite 1201** <br> **Jersey City, NJ 07302** | | **Accounts payable** | | | | $58,800.00 |
| **Morehouse Institute, LLC** <br> **5537 Forest Green** <br> **Toledo, OH 43615** | | **Accounts payable** | | | | $40,320.00 |
| **Platinum Rapid Funds** <br> **348 RXR Plaza** <br> **Uniondale, NY 11556** | | **Loan subordinate to Urban Partnership Bank** | | $275,435.00 | $569,691.54 | $275,435.00 |
| **Quick Fix Capital** <br> **PO Box 396** <br> **Langhorne, PA 19047** | | **Loan subordinate to Urban Partnership Bank** | | $47,121.00 | $569,691.54 | $47,121.00 |
| **RL Carey Consulting** <br> **45 Reed Street** <br> **Cambridge, MA 02140** | | **Accounts payable** | | | | $57,120.00 |

Debtor    **SLG Innovation, Inc.**                              Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SEA Group, Inc.**<br>**3901 Pintail Dr.**<br>**Suite A**<br>**Springfield, IL 62711** | | **Accounts payable** | | | | $9,601.20 |
| **Sedna Consulting Group, Inc.**<br>**860 Route 1 N**<br>**Suite 101**<br>**Edison, NJ 08817** | | **Loan subordinate to Urban Partnership Bank** | | $90,000.00 | $569,691.54 | $90,000.00 |
| **Urban Partnership Bank**<br>**c/o Taft Stettinius & Hollister, LLP**<br>**111 E. Wacker Drive, Suite 2800**<br>**Chicago, IL 60601** | | **<90days Accounts Receivable 1) CMAP - $73,396.93; 2) Clarity Prtnrs - $9,838.08; 3) Cognizant - IL MMIS - $222,579.73; 4) CQuest America - $5,000.00;** | | $1,709,000.00 | $569,691.54 | $1,139,308.46 |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **SLG Innovation, Inc.**             Case No.
                                            Debtor(s)          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **35**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 15, 2015**        **/s/ Ed Burns**
                                           **Ed Burns**/**President and CEO**
                                           Signer/Title

I, **Edmund G. Urban III 6182264**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __**4**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **December 15, 2015**        **/s/ Edmund G. Urban III**
                                             Signature of Attorney
                                             **Edmund G. Urban III 6182264**
                                             **Urban & Burt, Ltd.**
                                             **5320 W 159th Street**
                                             **Suite 501**
                                             **Oak Forest, IL 60452**
                                             **708-687-5200   Fax: 708-687-5278**

AKT, LLC
Hebron Office Plaza
751 Hebron Pkwy, Suite #325
Lewisville, TX 75057


Alchemy Software Solutions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808


American Express
P.O. Box 297812
Fort Lauderdale, FL 33329-7812


Amtex Systems, Inc.
50 Broad Street, Suite 801
New York, NY 10004


BNG Global, Inc.
1825 Seven Pines Road
Springfield, IL 62704


Capitol Solutions
2413 Heather Mill Court
Springfield, IL 62704


Chicago Metropolitan Agency for Planning
233 S. Wacker Drive
Suite 800
Chicago, IL 60606


City of Chicago Department of Technology
City Hall
Chicago, IL 60604


Clearwater Basin, LLC
304 Melrose
Mill Valley, CA 94941


Cognizant Technology Solutions U.S. Corp
500 Frank W. Burr Blvd.
3rd Floor
Teaneck, NJ 07666

```
Computer Aid, Inc.
1390 Ridgeview Drive
Suite 300
Allentown, PA 18104


Cquest American, Inc.
500 S. Ninth St.
Springfield, IL 62701


Ed Burns
165 North Canal Street
Suite 1523
Chicago, IL 60606


Global Systems LLC
12305 Autumn Tree Lane
Clarksville, MD 21029


Infoway Solutions, LLC
7567 Amador Valley Blvd.
Suite 310
Dublin, CA 94568


Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Kansas City, MO 64999-0030


International Services Group
1110 Elden Street, Suite 201
Herndon, VA 20170


iT-Resource Solutions.net, Inc.
80 Orville Road
Suite 100
Bohemia, NY 11716


Jeff Cobb
5311 Tildens Grove Blvd.
Windermere, FL 34786
```

KeyConnect Consulting
2703 Whiteside Pl.
Springfield, IL 62711


KPMG LLP
200 E. Randolph Street
Suite #5500
Chicago, IL 60601


MMC Systems, Inc.
30 Montgomery St.
Suite 1201
Jersey City, NJ 07302


Morehouse Institute, LLC
5537 Forest Green
Toledo, OH 43615


Multiple Myeloma Research Foundation
383 Main Avenue
5th Floor
Norwalk, CT 06851


Platinum Rapid Funds
348 RXR Plaza
Uniondale, NY 11556


Quick Fix Capital
PO Box 396
Langhorne, PA 19047


Regus
30 S. State St.
Chicago, IL 60606


RL Carey Consulting
45 Reed Street
Cambridge, MA 02140


SEA Group, Inc.
3901 Pintail Dr.
Suite A
Springfield, IL 62711

```
Sedna Consulting Group, Inc.
860 Route 1 N
Suite 101
Edison, NJ 08817


Urban Partnership Bank
c/o Taft Stettinius & Hollister, LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601


Urban Partnership Bank
55 East Jackson Blvd
Suite 1600
Chicago, IL 60604


Urban Partnership Bank
7936 S. Cottage Grove Avenue
Attn Business Banking
Chicago, IL 60619


WIPRO Technologies Limited
1028 G
Lincoln, NE 68508
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SLG Innovation, Inc.**                                                                    Case No.
                                        Debtor(s)                                          Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SLG Innovation, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 15, 2015** | **/s/ Edmund G. Urban III** |
| Date | **Edmund G. Urban III 6182264** |
| | Signature of Attorney or Litigant |
| | Counsel for  **SLG Innovation, Inc.** |
| | **Urban & Burt, Ltd.** |
| | **5320 W 159th Street** |
| | **Suite 501** |
| | **Oak Forest, IL 60452** |
| | **708-687-5200 Fax:708-687-5278** |
| | **bk@urbanburt.com** |